El Paso County - 388th District Court

08-21-00043-CV

Filed 3/12/2021 3:32 PM
Norma Favela Barceleau
District Clerk
El Paso County
2017DCM0562

**In the District Court of El Paso County, Texas**
**388th Judicial District**

| | | |
|---|---|---|
| In the Matter of | § | |
| The Marriage of | § | FILED IN |
| | § | 8th COURT OF APPEALS |
| IRMA PEREZ, | § | EL PASO, TEXAS |
| | § | 3/15/2021 11:53:00 AM |
| *Petitioner,* | § | ELIZABETH G. FLORES |
| | § | Clerk |
| and | § | **Cause No. 2017DCM0562** |
| | § | |
| VICTOR MANUEL PEREZ, JR. | § | |
| | § | |
| *Respondent,* | § | |
| | § | |
| and in the Interest of | § | |
| S.A.P. and A.B.P., | § | |
| Children | § | |

### PETITIONER IRMA PEREZ'S NOTICE OF APPEAL
### OF FEBRUARY 12, 2021 JUDGMENT NUNC PRO TUNC

To the Honorable Judge Marlene Gonzalez:

Now comes Petitioner Irma Perez, and, pursuant to Texas Rules of Appellate Procedure 25 and 26, files this Notice of Appeal:

1. This Notice of Appeal is filed in the *Matter of the Marriage of Irma Perez and Victor Manuel Perez, Jr., and in the Interest of S.A.P. and A.B.P., Children*, Cause No. 2017-DCM-0562, In the 388th District Court, El Paso County, Texas.

2. The orders appealed from are the *Order Regarding Respondent's Perez Motion for Judgment Nunc Pro Tunc*, which was signed on February 12, 2021, and the *Final Decree of Divorce after Motion for New Trial and Judgment Nunc Pro Tunc*, entered on March 12, 2021. The *Order Regarding Respondent's Perez Motion for Judgment* improperly corrected judicial error beyond the Court's plenary power. Thus, the *Final Decree of Divorce after Motion for New Trial and Judgment Nunc Pro Tunc*, entered pursuant to the

Court's order granting Respondent's Motion for Judgment Nunc Pro Tunc is void, and is also being appealed.

3. Petitioner Irma Perez desires to file her appeal with the Eighth Circuit Court of Appeals for the State of Texas in El Paso, Texas.

Respectfully submitted,

**RAY | PENA | McCHRISTIAN, P.C.**
5822 Cromo Drive
El Paso, Texas 79912
T: (915) 832-7200
F: (915) 832-7333
redwards@raylaw.com
ralvarez@raylaw.com

March 8, 2021

/s/ Rob Edwards
**ROB EDWARDS**
State Bar No. 24058290
**REBECCA H. ALVAREZ**
State Bar No. 24104139

## CERTIFICATE OF SERVICE

I certify that on this date, a true and correct copy of this instrument was served via electronic mail to:

George Mansouraty
Attorney at Law
1554 Lomaland
El Paso Texas, 79935
georgemansouraty@sbcglobal.net

/s/ Rebecca H. Alvarez
Rebecca H. Alvarez